UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| YOUSEF AHMED ZIADEH,<br><br>Petitioner,<br><br>v.<br>DAVID MARIN ET AL,<br><br>Respondents. | Case No. 5:26-cv-01250-SVW-AYP<br><br>(PROPOSED)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

On June 11, 2026, United States Magistrate Judge Anna Y. Park (the "Magistrate Judge") issued a Report and Recommendation granting Petitioner Yousef Ahmed Ziadeh's ("Petitioner") petition for a writ of habeas corpus. (Dkt. No. 29 ("R&R").)

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the R&R of the Magistrate Judge, and Petitioner's objections to the R&R (Dkt. No. 30).

The Court has conducted a de novo review of those portions of the R&R to which Objections were directed. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED as follows:

(1) the Report and Recommendation is accepted and adopted; and

(2) Judgment shall be entered granting the Petition.

It is further ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and on counsel for Respondents.

IT IS SO ORDERED.

DATED: July 8, 2026

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2.