JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSEF AHMED ZIADEH, Petitioner, v. DAVID MARIN ET AL, Respondents. | Case No. 5:26-cv-01250-SVW-AYP<br>~~(PROPOSED)~~<br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that (1) the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") is DENIED; and (2) the Clerk shall enter Judgment accordingly.

IT IS SO ADJUDGED.

DATED: July 14, 2026

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE